IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

TEDDY ALFONSA JOHNSON

_____/

INDICTMENT

1:24CR15 AW/ML

THE GRAND JURY CHARGES:

COUNT ONE

On or about March 26, 2024, in the Northern District of Florida, the defendant,

**TEDDY ALFONSA JOHNSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate commerce, that is:

1. a. On or about October 17, 2006, **TEDDY ALFONSA JOHNSON** was convicted in the State of Florida of Possession of MDMA;



  b. On or about February 10, 2009, **TEDDY ALFONSA JOHNSON** was convicted in the State of Florida of Possession of a firearm by a Convicted Felon;

  c. On or about August 23, 2013, **TEDDY ALFONSA JOHNSON** was convicted in the State of Florida of Felony Fleeing or Attempting to Elude Police;

  d. On or about January 9, 2018, **TEDDY ALFONSA JOHNSON** was convicted in the State of Florida of Possession of MDMA Ecstasy;

 2. For these crimes, **TEDDY ALFONSA JOHNSON** was subject to punishment by a term of imprisonment exceeding one year.

 3. Thereafter, **TEDDY ALFONSA JOHNSON** did knowingly possess a firearm, to wit, a Smith & Wesson 9 millimeter pistol, and ammunition, namely Ammo Inc. and SIG 9 millimeter.

 4. The firearm and ammunition had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**TEDDY ALFONSA JOHNSON,**

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearm and ammunition involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

*Redacted*

_____6/25/24_____
DATE

_____
JASON R. COODY
United States Attorney

_____
JOSEPH A. RAVELO
Assistant United States Attorney